JUDGE GARDEPHE

**12 CV 4646**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VI Jets International, Inc., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: |
| Catlin Insurance Company, Inc., | ) |
| Defendant. | ) |



RECEIVED JUN 13 2012 U.S.D.C. S.D.N.Y. CASHIERS

**RULE 7.1 STATEMENT**

Defendant CATLIN INSURANCE COMPANY, INC., by its undersigned counsel, states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has the following parent companies:

Catlin Group Limited
Catlin Insurance Company, Ltd.
Catlin (North American) Holdings Limited
Catlin, Inc.
Catlin Indemnity Company

No publicly held corporation owns more than 10% of stock of CATLIN INSURANCE COMPANY, INC.

Dated: New York, New York
June 13, 2012

Respectfully submitted,
CLYDE & CO US LLP

By _____
Deborah A. Elsasser (DE2925)

1

>The Chrysler Building
>405 Lexington Avenue
>New York, New York 10174
>(212) 710-3900 (ph)
>(212) 710-3950 (fax)
>deborah.elsasser@clydeco.us
>
>Attorneys for Defendant
>*Catlin Insurance Company, Inc.*

To:  Diana Shafter Gliedman, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
(212) 278-1733 (fax)
dgliedman@andersonkill.com

Attorneys for Plaintiff
*VI Jets International, Inc.*

2