GARDEPHE, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VI JETS INTERNATIONAL, INC.,

                                    Plaintiff,

                                                            Civil Action No. 12-cv-4646 (PGG)
            -against-
                                                            **STIPULATION**
CATLIN INSURANCE COMPANY, INC.,

                                    Defendant.
-------------------------------------------------------------X


        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys, that the time for Defendant Catlin Insurance Company, Inc. to answer or otherwise

respond to the Complaint is extended to and including July 13, 2012.

Dated: New York, New York
        June 19, 2012


Diana Shafter Gliedman                      Deborah A. Elsasser
Anderson Kill & Olick, P.C.                 Clyde & Co US LLP
*Attorneys for Plaintiff VI Jets*           *Attorneys for Defendant Catlin*
*International, Inc.*                         *Insurance Company*
1251 Avenue of the Americas                 The Chrysler Building
New York, New York 10020                    405 Lexington Avenue, 16ʰ Floor
(212) 278-1000                              New York, New York 10174
                                            (212) 710-3914


So Ordered:

_____ June 22, 2012
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/12