UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V1 JETS INTERNATIONAL,

                Plaintiff,

- against -

CATLIN INSURANCE CO. INC,

                Defendant.

**ECF CASE**

**ORDER**

12 Civ. 4646 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will hold a telephone conference in this matter on July 26, 2012 at 4:30 p.m. Counsel for both parties are directed to call chambers (212-805-0224) once on the line.

Dated: New York, New York
       July 25, 2012

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 25, 2012