UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V1 Jets International, Inc.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against –<br><br>Catlin Insurance Company, Inc.,<br><br>　　　　　　　　　Defendant. | Index No. 12-CV-4646 (PGG)<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff V1 Jets International, Inc. ("Plaintiff"), by its undersigned counsel, certifies that Plaintiff is a wholly-owned subsidiary of the private corporation Travel Suite, Inc., and that no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated:　New York, New York
　　　　August 3, 2012

　　　　　　　　　　　　　　　**ANDERSON KILL & OLICK, P.C.**

　　　　　　　　　　　　　　　By: _/s/ Diana Gliedman_
　　　　　　　　　　　　　　　William G. Passannante
　　　　　　　　　　　　　　　Diana Shafter Gliedman
　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　Tel: (212) 278-1000
　　　　　　　　　　　　　　　Fax: (212) 278-1733
　　　　　　　　　　　　　　　Email: dgliedman@andersonkill.com

　　　　　　　　　　　　　　　Counsel for Plaintiff V1 Jets International, Inc.