**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V1 Jets International, Inc., <br><br> Plaintiff, <br><br> - against – <br><br> Catlin Insurance Company, Inc., <br><br> Defendant. | Index No. 12-CV-4646 (PGG) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff V1 Jets International, Inc. ("Plaintiff"), by its undersigned counsel, certifies that Plaintiff is a wholly-owned subsidiary of the private corporation Travel Suite, Inc., and that no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: New York, New York
August 3, 2012

ANDERSON KILL & OLICK, P.C.

By: *Diana Gliedman*
William G. Passannante
Diana Shafter Gliedman
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: dgliedman@andersonkill.com

Counsel for Plaintiff V1 Jets International, Inc.

nydocs1-992805.1