DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V1 JETS INTERNATIONAL,

                          Plaintiff,

           - against -

CATLIN INSURANCE CO. INC,

                          Defendant.

ECF CASE

**ORDER**

12 Civ. 4646 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference presently scheduled for October 16, 2012 is adjourned to **November 20, 2012 at 11:00 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 10, 2012

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge