USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V1 JETS INTERNATIONAL,

        Plaintiff,

- against -

CATLIN INSURANCE CO. INC,

        Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

12 Civ. 4646 (PGG)(FM)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:* _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

Parties are prepared to see the Magistrate Judge as soon as possible.

☐ Inquest After Default/ Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York　　　　SO ORDERED.
　　　　November 21, 2012

_____
Paul G. Gardephe
United States District Judge