UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

V1 JETS INTERNATIONAL, INC.   :

          Plaintiff,   :

    -against-   :

CATLIN INSURANCE COMPANY, INC.   :

          Defendant.   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2013

**ORDER OF DISCONTINUANCE**

12 Civ. 4646 (PGG) (FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              February 22, 2013

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney for Plaintiff
Diana Shafter Gliedman, Esq.

_____
Attorney for Defendant
Deborah A. Elsasser, Esq.

Agreed and Consented to:

_____
V1 Jets International, Inc.

Agreed and Consented to:

_____
Catlin Insurance Company, Inc.